Submitted February 5, affirmed February 17, 1965

STATE OF OREGON *v.* HARRIS ET AL

399 P. 2d 348

Oscar D. Howlett, Portland, for appellants.

George Van Hoomissen, District Attorney and Jacob B. Tanzer, Deputy District Attorney, Portland, for respondent.

Before McAllister, Chief Justice, and Perry, Sloan, O'Connell, Goodwin, Denecke and Holman, Justices.

PER CURIAM.

This appeal from a conviction of burglary not in a dwelling asks that we review the evidence as a jury and find defendants not guilty. No ruling of the trial court is challenged. It is superfluous to say more.

Perry, J., did not participate in the consideration or decision of this appeal.